JS 45 (5/97) - (Revised USAO MA 11/15/05)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

Place of Offense: __Numerous__   Category No. __1__   Investigating Agency __IRS/MSP__

City __Numerous__

Related Case Information:

County __Essex, Suffolk, Middlesex__   Superseding Ind./ Inf. __X__   Case No. __10-10159-PBS__ ①
Same Defendant __X__   New Defendant ____
Magistrate Judge Case Number ____
Search Warrant Case Number ____
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name __Todd Lyons__   Juvenile ☐ Yes  ☒ No

Alias Name ____

Address __192 Hale Street, Beverly, Massachusetts__

Birth date (Year only): __1973__   SSN (last 4 #): __3161__   Sex __M__   Race: __White__   Nationality: __Unknown__

Defense Counsel if known: __Peter Horstmann__   Address: __200 Berkeley Street 16th Floor__
__Boston, MA 02116__

Bar Number: ____

**U.S. Attorney Information:**

AUSA __Fred M. Wyshak, Jr.__   Bar Number if applicable __BBO #535940__

Interpreter: ☐ Yes  ☒ No   List language and/or dialect: ____

Victims: ☐ Yes  ☒ No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes  ☐ No

Matter to be SEALED: ☐ Yes  ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: __May 6, 2010__

☐ Already in Federal Custody as ____ in ____
☐ Already in State Custody ____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by __MJ Collings__   on __May 7, 2010__

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty   ☐ Misdemeanor   ☒ Felony __339__

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __8/5/2010__   Signature of AUSA: _Fred M. Wyshak, Jr._

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   Todd Lyons

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 1962 (c), (d) | Racketeering | 1,2 |
| Set 2  18 USC 1955 | Illegal Gambling Business | 3 |
| Set 3  18 USC 1084 | Transmission of Wagering Information | 4,5 |
| Set 4  18 USC 1956 | Money Laundering | 6 through 159 |
| Set 5  18 USC 1957 | Money Laundering | 160 through 232 |
| Set 6  18 USC 1952 | Interstate Travel in Aid of Racketeering | 233 through 270 |
| Set 7  26 USC 7201 | False Tax Return | 275, 276 |
| Set 8  31 USC 5363(3) | Unlawful Internet Gambling Enforcement Act | 277 through 343 |
| Set 9  18 USC 1963 | RICO Forfeiture | |
| Set 10  18 USC 1955, 981 | Gambling, ITAR Forfeiture | |
| Set 11  28 U.S.C. § 2461 | Gambling, ITAR Forfeiture | |
| Set 12  18 USC 982 | Money Laundering Forfeiture | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

♦JS 45  (5/97) - (Revised USAO MA 11/15/05)

**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:** Numerous    **Category No.** 1    **Investigating Agency** IRS/MSP

**City** Numerous      **Related Case Information:**

**County** Essex, Suffolk, Middlesex    Superseding Ind./ Inf. **X**    Case No. **10-10159-PBS**
Same Defendant _____ New Defendant **X**
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **Robert Henry Eremian**      Juvenile ☐ Yes ☒ No

Alias Name _____

Address **Crosby's Point, St. Johns, Antigua**

Birth date (Year only): **1952**   SSN (last 4 #): **0862**   Sex **M**   Race: **White**   Nationality: **Unknown**

Defense Counsel if known: **James Merberg**      Address: **66 Long Wharf**
**Boston, MA 02110**

Bar Number: _____

**U.S. Attorney Information:**

AUSA **Fred M. Wyshak, Jr.**      Bar Number if applicable **BBO #535940**

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

Victims: ☐ Yes ☒ No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☒ No

☒ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony **376**

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **8/5/2010**      Signature of AUSA: _[signed] Fred M. Wyshak, Jr._

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   Robert Eremian

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 1962 (c), (d) | Racketeering | 1,2 |
| Set 2  18 USC 1955 | Illegal Gambling Business | 3 |
| Set 3  18 USC 1084 | Transmission of Wagering Information | 4,5 |
| Set 4  18 USC 1956 | Money Laundering | 6 through 159 |
| Set 5  18 USC 1957 | Money Laundering | 160 through 232 |
| Set 6  18 USC 1952 | Interstate Travel in Aid of Racketeering | 236 through 270 |
| Set 7  18 USC 1512 | Witness Tampering | 271 through 274 |
| Set 8  31 USC 5363(3) | Unlawful Internet Gambling Enforcement Act | 277 through 343 |
| Set 9  18 USC 1957 | Money laundering | 344 through 381 |
| Set 10 18 USC 1963 | RICO Forfeiture | |
| Set 11 18 USC 1955, 981 | Gambling, ITAR Forfeiture | |
| Set 12 28 U.S.C. § 2461 | Gambling, ITAR Forfeiture | |
| Set 13 18 USC 982 | Money Laundering Forfeiture | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

◆JS 45 (5/97) - (Revised USAO MA 11/15/05)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: **Numerous**   Category No. **1**   Investigating Agency **IRS/MSP**

City **Numerous**   Related Case Information:

County **Essex, Suffolk, Middlesex**   Superseding Ind./ Inf. **X**   Case No. **10-10159-PBS** ③
Same Defendant _____ New Defendant **X**
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **Daniel Eremian**   Juvenile ☐ Yes ☒ No

Alias Name _____

Address **1601 SW 6th Avenue, Boca Raton, FL 33486**

Birth date (Year only): **1950**   SSN (last 4 #): **8654**   Sex **M**   Race: **White**   Nationality: **Unknown**

Defense Counsel if known: **Thomas Butters**   Address: **One Exeter Plaza**
**Boston, MA 02116**
Bar Number: _____

**U.S. Attorney Information:**

AUSA **Fred M. Wyshak, Jr.**   Bar Number if applicable **BBO #535940**

Interpreter: ☐ Yes ☒ No   List language and/or dialect: _____

Victims: ☐ Yes ☒ N   If Yes, are there multiple crime victims under 18 U.S.C.   ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☒ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment
Total # of Counts:   ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony **334**

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **8/5/2010**   Signature of AUSA: *[signature]*

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Daniel Eremian

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1962 (c), (d) | Racketeering | 1,2 |
| Set 2 | 18 USC 1955 | Illegal Gambling Business | 3 |
| Set 3 | 18 USC 1084 | Transmission of Wagering Information | 4,5 |
| Set 4 | 18 USC 1956 | Money Laundering | 6 through 159 |
| Set 5 | 18 USC 1957 | Money Laundering | 160 through 232 |
| Set 6 | 18 USC 1952 | Interstate Travel in Aid of Racketeering | 236 through 270 |
| Set 7 | 31 USC 5363(3) | Unlawful Internet Gambling Enforcement Act | 277 through 343 |
| Set 8 | 18 USC 1963 | RICO Forfeiture | |
| Set 9 | 18 USC 1955, 981 | Gambling, ITAR Forfeiture | |
| Set 10 | 28 U.S.C. § 2461 | Gambling, ITAR Forfeiture | |
| Set 11 | 18 USC 982 | Money Laundering Forfeiture | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

%JS 45 (5/97) - (Revised USAO MA 11/15/05)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: **Numerous**  Category No. **1**  Investigating Agency **IRS/MSP**

City **Numerous**  Related Case Information:

County **Essex, Suffolk, Middlesex**  Superseding Ind./ Inf. **X**  Case No. **10-10159-PBS**
Same Defendant _____ New Defendant **X**
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **Richard Sullivan**  Juvenile ☐ Yes ☒ No

Alias Name _____

Address **Crosby's Point, St. John's, Antigua**

Birth date (Year only): **1949**  SSN (last 4 #): **1705**  Sex **M**  Race: **White**  Nationality: **Unknown**

Defense Counsel if known: **Robert Sheketoff**  Address: **1 McKinley Square**
**Boston, MA 02109**

Bar Number: _____

**U.S. Attorney Information:**

AUSA **Fred M. Wyshak, Jr.**  Bar Number if applicable **BBO #535940**

**Interpreter:** ☐ Yes ☒ No  List language and/or dialect: _____

Victims: ☐ Yes ☒ N  If Yes, are there multiple crime victims under 18 U.S.C.  ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☒ No

☒ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty  ☐ Misdemeanor  ☒ Felony **334**

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **8/5/2010**  Signature of AUSA: _[signature]_

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Richard Sullivan

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1962 (c), (d) | Racketeering | 1, 2 |
| Set 2 | 18 USC 1955 | Illegal Gambling Business | 3 |
| Set 3 | 18 USC 1084 | Transmission of Wagering Information | 4, 5 |
| Set 4 | 18 USC 1956 | Money Laundering | 6 through 159 |
| Set 5 | 18 USC 1957 | Money Laundering | 160 through 232 |
| Set 6 | 18 USC 1952 | Interstate Travel in Aid of Racketeering | 236 through 270 |
| Set 7 | 31 USC 5363(3) | Unlawful Internet Gambling Enforcement Act | 277 through 343 |
| Set 8 | 18 USC 1963 | RICO Forfeiture | |
| Set 9 | 18 USC 1955, 981 | Gambling, ITAR Forfeiture | |
| Set 10 | 28 U.S.C. § 2461 | Gambling, ITAR Forfeiture | |
| Set 11 | 18 USC 982 | Money Laundering Forfeiture | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: